**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MERSEN USA GS-GMI CORP. f/k/a GRAPHITE MACHINING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THERMAL TECHNOLOGY, LLC,<br><br>Defendant. | Civil Action No.<br><br>**COMPLAINT** |

Plaintiff Mersen USA GS-GMI Corp. f/k/a Graphite Machining, Inc. ("Mersen"), by way of Complaint against defendant Thermal Technology, LLC ("Thermal"), alleges and seeks relief as follows:

**INTRODUCTION**

1. This is an action for breach of contract arising from Thermal's failure to pay for goods manufactured, sold and delivered by Mersen.

2. Mersen supplied products to Thermal pursuant to the parties' agreement and issued invoices totaling $148,253.23. Despite accepting the goods and repeated demands for payment, Thermal has failed and refused to pay the amounts due.

3. As a result of Thermal's breach, Mersen has suffered damages in an amount no less than $148,253.23, together with contractual interest, attorneys' fees and collection costs.

**THE PARTIES**

4. Mersen is a Michigan corporation that maintains a principal place of business located at 400 Myrtle Avenue, Boonton, New Jersey 07005.

5. Upon information and belief, Thermal is a Delaware limited liability company that maintains a principal place of business located at 2221 Meridian Boulevard, Minden, Nevada

89423. Upon further information and belief, none of the Thermal's members are citizens of Michigan or New Jersey.

## JURISDICTION AND VENUE

6. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1). The amount in controversy exceeds $75,000.00, exclusive of interest and costs, and there is complete diversity of citizenship between Mersen and Thermal.

7. Venue properly lies in this court pursuant to 28 U.S.C. §1391(b) on the basis of certain agreements between the parties providing, among other things, that actions arising out of or related to such agreements between the parties shall be brought and maintained in this Court.

## FACTUAL BACKGROUND

8. Mersen is an industry leader in the manufacture of graphite production and advanced materials for high-tech industries. Mersen is qualified to do business in the State of Pennsylvania and operates a manufacturing facility at 240 Main Street, Topton, Pennsylvania 19562.

9. Mersen and Thermal entered into an agreement pursuant to which Mersen agreed to manufacture, sell and deliver goods to Thermal, and Thermal agreed to pay for those goods, in accordance with terms set forth in purchase orders and invoices between the parties.

10. Between January 2024 and July 2025, Thermal submitted purchase orders for goods to be manufactured, supplied and delivered by Mersen out of its Topton, Pennsylvania facility, including: (i) Purchase Order No. 0097558, dated January 9, 2024; (ii) Purchase Order No. 0101164, dated December 26, 2024; (iii) Purchase Order No. 0000204, dated April 3, 2025; (iv) Purchase Order No. 0103222, dated July 17, 2025. Copies of the Purchase Orders are collectively attached hereto as **Exhibit A**.

11. Mersen performed its obligations under the Purchase Orders, including manufacturing, supplying and delivering the goods ordered by Thermal.

12. Thermal accepted the goods supplied by Mersen.

13. Mersen issued and delivered invoices to Thermal for the goods supplied, including: (i) Invoice No. 0131383-IN dated April 1, 2025, in the amount of $60,488.40; (ii) Invoice No. 0131767-IN dated May 2, 2025, in the amount of $247.51; (iii) Invoice No. 0131904-IN dated May 15, 2025, in the amount of $25,669.12; (iv) Invoice No. 0132004-IN dated May 22, 2025, in the amount of $60,488.40; and (v) Invoice No. 0132708-IN dated July 22, 2025, in the amount of $1,359.80 (collectively, the “Invoices”). Copies of the Invoices are collectively attached hereto as **Exhibit B**.

14. The Invoices incorporate Mersen’s Terms and Conditions of Sale and state that the purchaser’s acceptance of the supplied goods is subject to the Terms and Conditions of Sale. *See* Ex. B.

15. The Terms and Conditions of Sale require payment of invoices within Net 30 Days.

16. The Terms and Conditions of Sale further provide that invoices not paid within thirty (30) days after their due date are subject to carrying charges at the rate of one and one-half percent (1.5%) per month, or the maximum rate permitted by law, whichever is less. The Terms and Conditions also require the purchaser to reimburse Mersen for all collection costs, including reasonable attorneys' fees.[1]

---

[1] Additionally, the Terms and Conditions of Sale state that all disputes arising from or relating to the sale of goods shall be governed by the laws of the Commonwealth of Pennsylvania, without regard to conflict-of-law principles. The Terms and Conditions of Sale further provide that the state courts of Pennsylvania and the United States District Courts situated in Philadelphia, Pennsylvania, shall constitute the exclusive forums for the adjudication of disputes arising from or relating to the sale of goods, and each party consents to the exercise of jurisdiction by those courts.

17. Pursuant to the Invoices, the total outstanding balance due and owing from Thermal to Mersen is $148,253.23.

18. Despite Thermal's acceptance of the supplied goods, Mersen's repeated demands for payment and the expiration of the applicable payment deadlines, Thermal has failed and refused to pay any of the outstanding amount owed to Mersen under the Invoices.

19. Thermal's failure to pay this outstanding amount to Mersen constitutes a material breach of the parties' agreement and has caused Mersen to incur damages.

**FIRST COUNT**
**(Breach of Contract)**

20. Mersen repeats the allegations of the foregoing paragraphs of this Complaint as if set forth at length herein.

21. Mersen and Thermal are parties to an agreement pursuant to which Mersen agreed to manufacture, sell and deliver goods to Thermal, and Thermal agreed to pay for those goods, in accordance with terms set forth in the parties' Purchase Orders and Invoices.

22. Mersen performed its obligations under the parties' agreement by, among other things, manufacturing and delivering the goods that Thermal ordered pursuant to the Purchase Orders.

23. Thermal breached its obligations under the parties' agreement by, among other things, failing and refusing to pay the amount due to Mersen under the Invoices for the goods supplied.

24. As a direct and proximate result of Thermal Technology's breach of its contractual obligations, Mersen has sustained damages of at least $148,253.23.

**SECOND COUNT**
**(Account Stated)**

25. Mersen repeats and realleges the foregoing allegations as though full set forth herein.

26. This Second Count is being plead in the alternative to the First Count.

27. As a result of previous transactions between the parties, Thermal is indebted to Mersen for goods that Mersen manufactured, sold and delivered goods to Thermal.

28. Mersen issued Invoices to Thermal for the goods sold and delivered, thereby stating an account to Thermal upon which the amount of $148,253.23 was found due, owing and unpaid.

29. Thermal accepted and retained the Invoices without disputing the charges set forth therein.

30. By retaining the Invoices without objecting to them or disputing the amount owed, Thermal assented to the correctness of the account and the balance stated therein.

31. Thermal's failure to pay the account stated in the Invoices has caused Mersen to incur damages of at least $148,253.23.

**WHEREFORE**, Mersen demands judgment against Thermal for:

(a) Damages in an amount to be determined at trial, but not less than $148,253.23;

(b) Prejudgment interest;

(c) Post judgment interest;

(d) Costs of suit, including attorneys' fees; and

(e) Such other and further relief as the Court deems just and equitable.

Dated: August 25, 2026

FREEMAN MATHIS & GARY, LLP
1600 Market Street, Suite 2700
Philadelphia, PA 19103
(215) 902-4220
Edward.pozo@fmglaw.com

*/s/ Edward P. Pozo*________________
Edward P. Pozo, Esquire
PA Bar ID No.: 333963
*Attorneys for Plaintiff*
*Mersen USA GS-GMI Corp. f/k/a Graphite Machining Inc.*

-and-

SHERMAN ATLAS SYLVESTER
& STAMELMAN LLP
210 Park Avenue, 2nd Floor
Florham Park, New Jersey 07932
(973) 302-9700

*Attorneys for Plaintiff*
*Mersen USA GS-GMI Corp. f/k/a Graphite Machining Inc.*